UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIE AGEE,

        Petitioner,

v.                                   CASE NO. 05-CV-70036-DT
                                     HONORABLE AVERN COHN

PAUL H. RENICO,

        Respondent.
_____/


**ORDER DENYING AS MOOT PETITIONER'S MOTION IN OPPOSITION TO ANY
FURTHER REQUEST FOR ENLARGEMENT OF TIME**

        This is a habeas case under 28 U.S.C. § 2254.  On January 6, 2005, Petitioner

filed a Petition for Writ of Habeas Corpus and an Application to Proceed In Forma

Pauperis.  On June 6, 2005, the Court stayed the proceedings so that Petitioner could

pursue additional state remedies for his unexhausted claims.  The Court closed the

case for statistical purposes.  On October 11, 2007, the Court reopened the case and

directed Respondent to file a response.  On June 17, 2008, the Court again directed

Respondent to file a response.  On September 19, 2008, the Court granted Respondent

additional time in which to file a response and directed a response by December 3,

2008.  On December 3, 2008, Respondent filed a response to the petition.  On

December 8, 2008, Petitioner filed the instant motion in opposition to any further

requests for enlargement of time.  Given that Respondent has filed a response,

Petitioner's motion is denied as MOOT.

SO ORDERED.

Dated: December 19, 2008 ____s/Avern Cohn_____
AVERN COHN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to Willie Agee, 403377 Kincross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49785 the attorneys of record on this date, December 19, 2008, by electronic and/or ordinary mail.

____s/Julie Owens_____
Case Manager, (313) 234-5160